| | | |
|---|---|---|
| In re: | ) | CASE NO: 09-50614-659    Chapter 13 |
| | ) | |
| MATTHEW T RABOLD | ) | Re: Objection to Claim 2-1  filed by |
| | ) | REAL TIME RESOLUTIONS INC |
| CRISTINA M RABOLD | ) | Acct: 3649 |
| Debtor(s) | ) | Amount: $   20,509.45 |
| | ) | Response Due: Jan 06, 2010 |

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 2-1**

COMES NOW  John V. LaBarge, Jr., Standing Chapter 13 Trustee  in bankruptcy, and for his objection to claim states as follows:
The claim of REAL TIME RESOLUTIONS INC      dated Dec 09, 2009 SHOULD BE DENIED AS FILED BECAUSE THERE IS NO EVIDENCE OF PERFECTION.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of  the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within  21 days of the date of this notice.  If no responsive pleading is  filed, the objection may be sustained and the claim  disallowed  or  modified without further notice to any party upon submission of an  order  from the Trustee.  If a response is filed, this  matter  will  be  set  for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or  by ordinary mail, postage pre-paid, on this day of December 16, 2009 .

```
                                    /s/ John V. LaBarge, Jr.
SKELTON LAW FIRM                    John V LaBarge Jr
2700 MACKLIND                      Chapter 13 Trustee  trust33@ch13stl.com
1ST FLOOR                     JS   P.O. Box 430908
ST LOUIS MO                        St. Louis, MO 63143
                63139              (314) 781-8100  Fax:(314) 781-8881

M & C RABOLD
805 MOUNDALE DRIVE
                              JS
SAINT LOUIS MO
                63135


REAL TIME RESOLUTIONS INC
1750 REGAL ROW
STE 120                       JS
DALLAS TX           75235              JS -159
```