UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Matthew and Cristina Rabold | ) | |
| | ) | Case No. 09-50614 |
| | ) | Chapter 13 |
| Debtor(s) | ) | RESPONSE TO MOTION TO DISMISS |

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

COMES NOW, Debtor(s), by and through their attorney, and for their response to Trustee's Motion to Dismiss for Failure to Make Plan Payments, state as follows:

1.   Debtors admit the allegations of paragraphs 1 through 3.
2.   Debtors deny the allegations of paragraphs 4 and 5; Debtors further state that they will get all monies to the Trustee that may be due.

WHEREFORE, Debtors request the Court deny the Motion and to set it for hearing, and to make any other orders which the Court may find to be just.

DATE: April 15, 2010

Respectfully Submitted,

/s/ Susan E. Skelton
Susan E. Skelton
MBE #55027, USED #501149
Skelton Law Firm
2700 Macklind Ave., First Floor
St. Louis, MO 63139
Phone:  (314) 802-8328
Fax:    (314) 802-8327
Email:  susanelewis@msn.com
Attorney for Debtors

## Certificate of Service

A copy of the foregoing was served via the Court's electronic means or mailed postage prepaid on April 15, 2010 to the following creditors and/or parties in interest:

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

AT&T Universal
PO Box 6914
The Lakes, NV 88901

BAC Home Loans LP/Countrywide
450 American St. #SV416
Simi Valley, CA 93065

Capital One Bank
PO Box 790216
Saint Louis, MO 63179

Commerce Bank
PO Box 411036
Kansas City, MO 64141

Commerce Bank, NA
PO Box 419248
Kansas City, MO 64179-0010

FFCC-Columbus Inc.
PO Box 20790
Columbus, OH 43220

GMAC Mortgage
PO Box 4622
Waterloo, IA 50704-4622

Internal Revenue Service
P.O. Box 66778
Stop 5333-STL
Saint Louis, MO 63166

Millsap & Singer, P.C.
612 Spirit Drive
Chesterfield, MO 63005

Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105

MSCB Inc
1410 Industrial Park Rd
Paris, TN 38242

NCO Fin/55
PO Box 13570
Philadelphia, PA 19101

Progressive
PO Box 43258
Cleveland, OH 44143

Providian
PO Box 660763
Dallas, TX 75266

Real Time Resolutions
1750 Regal Row Ste 120
Dallas, TX 75235

Sears Payment Center
86 Annex
Atlanta, GA 30386

St. Louis County Collector of Revenue
41 S Central Ave
Saint Louis, MO 63105

/s/ Susan E. Skelton