UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: MATTHEW T RABOLD | ) CASE NO: 09-50614-659 |
| | ) CHAPTER 13 |
| CRISTINA M RABOLD | ) |
| | ) Hearing Date: June 3, 2010 |
| | ) Hearing Time: 11:00 AM |
| DEBTOR(S) | ) Location: St. Louis, 7 North |

**NOTICE OF HEARING ON MOTION TO DISMISS**

TAKE NOTICE THAT THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS DATED March 25, 2010 AND ANY RESPONSE THERETO WILL BE CALLED FOR HEARING ON June 3, 2010 AT 11:00 AM IN US Bankruptcy Court 111 S 10th St , St Louis MO , 63102 ROOM 7 NORTH. YOU MAY BE PRESENT AT THAT TIME AND BE HEARD.

THE UNDERSIGNED HEREBY CERTIFIES THAT A COPY OF THE FOREGOING WAS SERVED UPON THE FOLLOWING EITHER ELECTRONICALLY THROUGH SYSTEM OF THE COURT OR BY REGULAR MAIL THIS DAY OF May 12, 2010 .

285-TV

SKELTON LAW FIRM
2700 MACKLIND
1ST FLOOR
ST LOUIS MO
    63139

M RABOLD
805 MOUNDALE DRIVE

SAINT LOUIS MO
    63135

/s/ John V. LaBarge, Jr.
_____
John V Labarge Jr, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
Tel: (314)781-8100, Fax: (314)781-8881
trust33@ch13stl.com

C RABOLD