UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:   Matthew and Cristina Rabold | |
| | Case No. 09-50614 |
| | Chapter 13 |
| Debtor(s) | Notice of Hearing and Motion |
| | to Withdraw as Attorney of Record |
| | Hearing Date: July 22, 2010 |
| | Hearing Time: 11:00 AM |
| | |
| | Susan E. Skelton, #55027 |
| | Skelton Law Firm |
| | 2700 Macklind Ave., First Floor |
| | St. Louis, MO 63139 |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, Susan E. Skelton, Attorney of Record for the Debtors, Matthew and Cristina Rabold and moves this Court for an order permitting her withdrawal as counsel for the Debtors in the above-styled case. In support of her Motion, Debtors' counsel states as follows:

1. Debtors filed a joint Chapter 13 petition on October 21, 2009. The case has been confirmed and there is currently a Motion to Dismiss set for July 22, 2010 at 11 AM.

2. Debtors' interests in the case are no longer aligned, which has resulted in a conflict of interest for Debtors' counsel.

3. Counsel has informed both Debtors that such a conflict exists.

4. Debtors have been referred to new counsel and have been instructed to find same prior to the continued hearing date of July 22, 2010.

5. Counsel respectfully requests she be allowed to withdraw from this matter.

WHEREFORE, Debtors' attorney, Susan E. Skelton, prays this Court enter an order permitting her to withdraw as attorney of record for Debtors Matthew and Cristina Rabold, and for such other and further orders as this Court deems just and proper.

DATE: June 24, 2010

Respectfully Submitted,

/s/ Susan E. Skelton
Susan E. Skelton
MBE #55027, USED #501149
Skelton Law Firm
2700 Macklind Ave., First Floor

1

St. Louis, MO 63139
Phone: (314) 802-8328
Fax: (314) 802-8327
Email: susaneskelton@gmail.com
Attorney for Debtors

## Certificate of Service

A copy of the foregoing was served via the Court's electronic means or mailed postage prepaid on June 24, 2010 to the following creditors and/or parties in interest:

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Cristina Rabold
Debtor
805 Moundale Dr.
St. Louis, MO 63135

Matthew Rabold
Debtor
597 Glengo Dr
St. Charles, MO 63301


All creditors listed on the creditor matrix

/s/ Susan E. Skelton